# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RASHEED NIFAS,

        Petitioner

        v.

JOHN E. WETZEL, SHIRLEY MOORE SMEAL, DANIEL BURNS, JEFFREY WITHERITE, GERALD ROZUM, DANIEL GEHLMANN, JOSEPH MAZURKIEWICZ, ALLEN JOSEPH, MELISSA HAINSWORTH AND JOSEPH BIANCONI,

        Respondents

:  No. 43 WAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.